

**George Latimer**
**County Executive**

Department of Law

John M. Nonna
County Attorney

> Application granted. The conference is adjourned to 7/22/20 at 10:30 a.m. Defendants are directed to deliver a copy of this Order to plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> June 8, 2020

**VIA CM/ECF**

Hon. Philip M. Halpern
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 1950
New York, NY 10007

    Re:    **Letter Motion for Adjournment**
            *Sincere Smith v. Westchester County Jail*, No. 17-cv-9858 (PMH) (S.D.N.Y.)

Your Honor,

    Pursuant to Rules 1(B) and 1(C) of Your Individual Practices in Civil Cases ("Individual Practices"), defendant Correction Officer Ryan Foley ("County Defendant") hereby seeks an adjournment of the telephonic status conference scheduled for next Wednesday, June 10, 2020, at 10:30 a.m. The purpose of the adjournment is to finalize a settlement, which the parties have agreed to in principal. There have been no previous requests for adjournment of this conference, and Plaintiff has consented to the adjournment.

    County Defendant hereby requests that the status conference be adjourned six weeks for control purposes to **July 22, 2020, at 10:30 a.m.** It is anticipated that before that date, County Defendant will move by letter motion for a so-ordered stipulation of settlement. Fed. R. Civ. P. 41(a)(2); Individual Practices, R. 8.

                                                     Respectfully submitted,

                                                     **JOHN M. NONNA**
                                                     Westchester County Attorney
                                                     *Attorney for the County Defendant*

                                           By:  _____
                                                   Sean T. Carey (SC8804)
                                                   Sr. Assistant County Attorney, of Counsel
                                                   148 Martine Avenue, Room 600
                                                   White Plains, NY 10601

STC/



2

CC: Sincere Smith
DIN No. 18-A-4013
Great Meadow Correctional Facility
P.O. Box 51
Comstock, NY 12821-0051

Case 7-17-cv-09858-PMH Document 63 Filed in NYSD on 08/26/2005 Page 2 of 2

2